KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAROLD SIPAI, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05-00566 MMC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 30, 2005 TO JANUARY 9, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on November 30, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a stipulated facts bench trial, at 2:30 p.m. on January 9, 2006, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 30, 2005 to January 9, 2006. The parties agreed, and the Court found and held, as follows:

  1. The parties agreed to an exclusion of time under the Speedy Trial Act. During much of the month of December, counsel for the Defendant will be out of town. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, and would deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00566 MMC                            1

1    2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from November 30, 2005 to January 9, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from November 30, 2005 to January 9, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4.  The parties will appear for the stipulated facts bench trial on January 9, 2006, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: _____11/30/05_____        _____/s/_____
                                        TRACIE L. BROWN
                                        Assistant United States Attorney

DATED: _____            _____/s/_____
                                        GEOFFREY D. HANSEN
                                        Attorney for Marty Guy

IT IS SO ORDERED.

DATED: December 8, 2005                 _____
                                        THE HON. MAXINE M. CHESNEY
                                        United States District Judge

STIPULATION AND ORDER
CR 05-00566 MMC                         2