BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-566 MMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER MOVING TRIAL DATE** |
| vs. | ) | |
| HAROLD SIPAI, | ) | |
| Defendant. | ) | |

The defendant's counsel will be out of the state on the date previously set for the Court trial in this matter. The parties hereby stipulate that the trial presently set for January 9, 2006, be moved forward to January 3, 2006 at 11:00.

Dated: 12/20/05

_____
GEOFFREY A. HANSEN
Counsel for Defendant Sipai

Dated: 12/21/05

_____
TRACIE BROWN
Assistant United States Attorney

**IT IS SO ORDERED.**

_____
MAXINE M. CHESNEY
United States District Court Judge

1