JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CABN 1843339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6917
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD SIPAI,<br><br>    Defendant. | No. CR 05-566 MMC<br><br>**REQUEST THAT THE COURT EXTEND THE TIME TO APRIL 17, 2008, FOR THE GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION RE:18 U.S.C. § 3582(c)(2) AND [PROPOSED] ORDER** |

    Defendant Harold Sipai has filed a motion, pursuant to 18 U.S.C. § 3582(c)(2), for a sentencing reduction based on United States Sentencing Guidelines Amendment 706, as amended by Amendment 711, which reduces the base offense levels by two for crimes involving cocaine base. *See* U.S.S.G. § 2D1.1(a)(3), (c) (2007); U.S.S.G. App. C, Amend. 706 (2007). While the Sentencing Commission decided to apply Amendment 706 retroactively, it delayed the effective date of this retroactivity to March 3, 2008.

    The United States requests until April 17, 2008 – which is 45 days from the date that Amendment 706 attains retroactive effect – to respond to defendant's motion. First, this requested extension will not prejudice defendant. He was sentenced on May 16, 2006 to 144 months imprisonment, has a projected release date of February 18, 2016 (according to

[www.bop.gov](www.bop.gov)), and his conviction carries a mandatory minimum sentence of 60 months. Second, as the Court is certainly aware, the United States Attorney General has asked Congress to reconsider the crack amendment reduction. A deferred response date will allow the parties and the Court to see how this situation unfolds. If, as the Attorney General has requested, Congress abrogates the Commission's decision to make the amendment retroactive, then Defendant's motion will be moot, and there will be no need for the court to act. Moreover, the requested extension will allow the United States Attorney's Office to develop, in conjunction with the United States Probation Department and the defense bar, a process for evaluating defendants' eligibility for sentencing modifications, and prioritizing where appropriate according to projected release dates.

DATED: February 13, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

\_\_/s/_____
TRACIE L. BROWN
Assistant United States Attorney

**[PROPOSED] ORDER**

Accordingly, the Court HEREBY ORDERS that the United States file a response to Defendant's motion by April 17, 2008.

IT IS SO ORDERED.

Date: February 15, 2008

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE