1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )      No.  CR  05-0566 MMC
                                     )
14        Plaintiff,                 )      [PROPOSED] ORDER AND STIPULATION
                                     )      SETTING FORTH BRIEFING SCHEDULE
15     v.                            )      ON DEFENDANT'S MOTION UNDER 18
                                     )      U.S.C. § 3582(c)
16  HAROLD SIPAI,                    )
                                     )
17        Defendant.                 )
    _____ )

18

19        The Defendant has filed a *pro se* motion pursuant to 18 U.S.C. § 3582(c)(2), for a

20  sentencing reduction based on United States Sentencing Guidelines Amendment 706, as

21  amended by Amendment 711, which reduces the base offense levels by two for crimes involving

22  cocaine base.  *See* U.S.S.G. § 2D1.1(a)(3), (c) (2007); U.S.S.G. App. C, Amend. 706 (2007).

23        The government's response is currently due on April 17, 2008.  However, the Defendant

24  will now be represented by Assistant Federal Public Defender, Rebecca Silbert, who wishes to

25  file a supplemental motion.  As Ms. Silbert is in the process of coordinating numerous such

26  motions for defendants throughout the District, and as Mr. Sipai's current release date is

27  February 18, 2016 (according to www.bop.gov), the parties have agreed upon the following

28

STIP & [PROP.] ORDER RE 3582(c)
CR 05-0566 MMC

1  briefing schedule:

2         Defendant's Supplemental Motion:        May 21, 2008

3         Government's Opposition:                June 4, 2008

4         Defendant's Reply:                      June 18, 2008

5         Hearing Date:                           June 25, 2008

6

7      IT IS SO STIPULATED.

8

9  DATED: __4/14/08_____        _____/s/_____
                                          TRACIE L. BROWN
10                                        Assistant United States Attorney

11

12  DATED: __4/14/08_____       _____/s/_____
                                          REBECCA SILBERT
13                                        Attorney for Harold Sipai

14     IT IS SO ORDERED.

15

16  DATED:__April 16, 2008_____      _____
                                          THE HON. MAXINE M. CHESNEY
17                                        United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROP.] ORDER RE 3582(c)
CR 05-0566 MMC                    2