**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD SIPAI,<br><br>    Defendants               / | No. CR 05-0566 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART UNITED STATES' MOTION TO SEAL; DIRECTIONS TO UNITED STATES** |

      The Court is in receipt of the United States' "Motion to Seal Opposition to Defendant's Motion for Sentence Reduction" ("Motion to Seal"), dated June 4, 2008.

      To the extent the United States seeks leave to file under seal the Motion to Seal, the motion is DENIED, for the reason the Motion to Seal does not disclose any confidential matter. Accordingly, the Clerk is directed to file the Motion to Seal in the public record.

      To the extent the United States seeks leave to file under seal its opposition to defendant's motion for a sentence reduction, the motion is GRANTED. Accordingly, the Clerk is directed to file under seal the unredacted version of the "Government's Opposition to Defendant's Motion for Sentence Reduction."

      The only portion of the opposition that the United States asserts is confidential is Exhibit C to the opposition, as well as those portions of the opposition that reference the contents of Exhibit C. Accordingly, the United States is DIRECTED to file in the public

record, no later than June 11, 2008, a redacted version of its opposition, specifically, a version from which any references to Exhibit C have been redacted.  See Civil L.R. 79-5(a) (providing motion to seal "must be narrowly tailored to seek only sealing of sealable material"); Crim L.R. 2-1 (providing Civil Local Rules not inconsistent with criminal rules are applicable to criminal actions).

**IT IS SO ORDERED.**

Dated: June 5,  2008

MAXINE M. CHESNEY
United States District Judge

2